

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00182-CV

| | | |
|---|---|---|
| SCI FUNERAL SERVICES, LLC, Appellant | § | On Appeal from the 48th District Court |
| | § | of Tarrant County (048-304210-18) |
| V. | § | March 20, 2025 |
| JEFFREY MOSS, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and that Appellee Jeffrey Moss take nothing on his claims.

It is further ordered that Appellee Jeffrey Moss shall pay all costs of the appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth